UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZITO FAMILY TRUST; THOMAS J. ZITO, SOLE TRUSTEE,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN HANCOCK FINANCIAL SERVICES, INC., et al.,<br><br>Defendants, | No.  2:21-cv-2098 DAD DB PS<br><br><br>ORDER TO SHOW CAUSE |

Plaintiff Thomas Zito is proceeding in this action pro se.  This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  On June 5, 2023, the undersigned granted defendant's motion to dismiss and granted plaintiff leave to file an amended complaint within twenty-eight days.  (ECF No. 37.)

On June 27, 2023, plaintiff filed a document styled "to explore in depth the 'plausible' proposition" that Keith Holland, the Clerk of the Court, "accepted a bribe from John Hancock Insurance Company."  (ECF No. 39 at 1.)  Therein, plaintiff acknowledges receipt of the June 5, 2023 order and asserts that "it is clearly another example of Holland's tactics and the arrogance of his dealing with the judge assigned to adjudicate my lawsuit against Hancock."  (Id. at 4.)  Plaintiff accuses the Clerk of the Court of "attempting to muddy the waters," and acting with a "sense of impunity."  (Id.)  To what plaintiff is referring is entirely unclear.

1

Plaintiff filed a similar document on June 20, 2023. (ECF No. 38.) In future filings plaintiff shall refrain from making such unwarranted and inappropriate allegations against the Clerk of the Court. Moreover, plaintiff has failed to file an amended complaint in compliance with the June 5, 2023 order.

Plaintiff is cautioned that the failure of a party to comply with the any order of the court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Local Rule 110. Any individual representing himself or herself without an attorney is nonetheless bound by the Federal Rules of Civil Procedure, the Local Rules, and all applicable law. Local Rule 183(a). A party's failure to comply with applicable rules and law may be grounds for dismissal or any other sanction appropriate under the Local Rules. Id.

In light of plaintiff's pro se status and the interest of justice, plaintiff will be given a final opportunity to comply with the June 5, 2023 order.

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen days of the date of this order plaintiff shall either file an amended complaint that cures the defects noted in the June 5, 2023 order or show cause as to why this action should not be dismissed for failure to prosecute[1]; and

2. Plaintiff is cautioned that the failure to comply with this order in a timely manner may result in a recommendation that this action be dismissed.

DATED: October 20, 2023            /s/ DEBORAH BARNES
                                   UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/zito2098.osc

---

[1] Alternatively, if plaintiff no longer wishes to pursue this action plaintiff may file a notice of voluntary dismissal of this action pursuant to Rule 41 of the Federal Rules of Civil Procedure.