UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZITO FAMILY TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN HANCOCK FINANCIAL SERVICES, INC.,<br><br>Defendant. | No.  2:21-cv-02098-DAD-DB (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 44) |

Plaintiffs Zito Family Trust and Thomas J. Zito proceed *pro se* in this civil action, which defendant removed to this federal court on November 12, 2021.  (Doc. No. 1.)  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 21, 2023, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiffs' failure to prosecute this action and failure to obey court orders.  (Doc. No. 44.)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 3.)  To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

/////

1

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

      Accordingly:

1. The findings and recommendations issued on February 5, 2024 (Doc. No. 39) are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiffs' failure to prosecute this action and failure to obey court orders; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 2, 2024**

                                                   DALE A. DROZD
                                                   UNITED STATES DISTRICT JUDGE